PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING ARRAIGNMENT; ORDER |
| v. | |
| IGNACIO ALCANTAR-TORRES, | DATE: December 14, 2021 |
| | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The grand jury returned a superseding indictment in this matter on November 18, 2021. The original superseding indictment was sealed and a redacted superseding indictment was filed. The redacted superseding indictment redacted the name of a new defendant, who has not yet been arrested.

2. By this stipulation, the above-named defendant agrees to set this matter for arraignment and plea on December 14, 2021.

3. The other co-defendants have agreed to different arraignment dates.

4. A status conference is currently set on January 19, 2022 and time has been excluded through that date.

IT IS SO STIPULATED.

STIPULATION

| | |
|---|---|
| Dated: November 23, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: November 23, 2021 | /s/ GALATEA DELAPP<br>GALATEA DELAPP<br>Counsel for Defendant<br>IGNACIO ALCANTAR-TORRES |

**ORDER**

IT IS SO ORDERED.

Dated:   **November 24, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION                                     2