GALATEA DeLAPP, 181581
Attorney at Law
1541 E. Fairmont Avenue 104
Fresno, CA 93704
Telephone: (559) 803-0471

Attorney for Defendant: **IGNACIO ALCANTAR TORRES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IGNACIOA ALCANTAR TORRES, et al.<br><br>　　　　　Defendants. | No. 1:20-CR-0240 JLT<br><br>**STIPULATION & ORDER FOR CONTINUING SENTENCING DATE** |

　　　THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Karen Escobar, counsel for the government, and Galatea R. DeLapp, counsel for defendant IGNACIO ALCANTAR TORRES, that the sentencing currently set in this matter for December 8, 2023, be continued to January 22, 2024 and that any and all sentencing memorandum for the parties be extended accordingly.

　　　The parties have agreed to this to accommodate the timely filing of

1

memorandum and letters for the defendant.

IT IS SO STIPULATED.

Respectfully submitted,

DATE: December 8. 2023          /s/ Galatea DeLapp
                                **Galatea DeLapp**
                                Attorney for Defendant
                                Ignacio Alcantar Torres


                                McGREGOR W. SCOTT
                                United States Attorney

                      By:       /s/ Karen Escobar
                                **Karen Escobar**
                                Assistant U.S. Attorney

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for December 11, 2023 is continued until January 22, 2024, at 10:00 a.m. before District Judge Jennifer Thurston.

IT IS SO ORDERED.

Dated:   **December 11, 2023**                  /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE

2